USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIRGIN SCENT, INC., *doing business as* ARTNATURALS,

                       Plaintiff,

-against-

SANDLER AND TRAVIS, P.A., P.C. AND DOES 1–10,

                       Defendants.
-----------------------------------------------------------------X

23-CV-2440 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 22, 2023, Plaintiff filed a Complaint against Sandler and Travis, P.A., P.C. ("Sandler and Travis") and Does 1–10; Compl., Dkt. 1;

    WHEREAS Plaintiff alleges that the Court's subject-matter jurisdiction is premised on diversity, 28 U.S.C. § 1332(a)(2), *id.* ¶ 17;

    WHEREAS the citizenship of a corporation for diversity purposes is determined by the corporation's place of incorporation and principal place of business, *see In re Balfour MacLaine Int'l Ltd.*, 85 F.3d 68, 76 (2d Cir. 1996);

    WHEREAS the citizenship of an unincorporated association for diversity purposes is determined by "the citizenship of each and every member of that association," *Jaser v. N.Y. Prop. Ins. Underwriting Ass'n*, 815 F.2d 240, 242 (2d Cir. 1987); *see also Americold Realty Trust v. Conagara Foods, Inc.*, 577 U.S. 378, 381 (2016);

    WHEREAS Plaintiff must affirmatively plead facts establishing each party's citizenship, including the citizenship of any unincorporated party's members or partners, *see Prospect*

*Funding Holdings, LLC v. Fennell*, No. 15-CV-4176 (LLS), 2015 WL 4477120, at *1–2 (S.D.N.Y. July 15, 2015) (collecting cases);

WHEREAS Plaintiff alleges that Sandler and Travis is a "professional association and law firm" organized under the laws of Florida with a principal place of business in New York and with partners residing in, "among other places," New York, Compl. ¶ 14; and

WHEREAS the case caption in the Complaint identifies Sandler and Travis both as a "professional association" and as a "professional corporation" but the Complaint does not clearly allege whether, for purposes of diversity jurisdiction, Sandler and Travis is an association or a corporation, *id.* at 1;

IT IS HEREBY ORDERED that not later than **Thursday, March 30, 2023**, Plaintiff must file a memorandum of law explaining the basis for its contention that the Court has subject-matter jurisdiction based on diversity.

**SO ORDERED.**

**Date: March 23, 2023**
**New York, New York**

                                                                                      **VALERIE CAPRONI**
                                                                                      **United States District Judge**