**FKB** Furman Kornfeld & Brennan LLP

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2023

May 23, 2023

<u>Via ECF</u>
Honorable Valerie Caproni
Unites States District Court, Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

RE: *Virgin Scent, Inc. v. Sandler and Travis, P.A., P.C., et al.*, Case No. 1:23-cv-02440-VEC

Dear Judge Caproni:

I write to respectfully request an adjournment of the June 2, 2023 Initial Pre-Trial Conference in the above matter.

My Firm was retained on May 16, 2023, to represent Defendant Sandler, Travis & Rosenberg, P.A. (sued herein as Sandler and Travis, P.A., P.C., a professional association). Upon reviewing PACER on May 18, 2023, we learned of the Initial Pre-Trial Conference, rescheduled at Plaintiff's counsel's request to June 2, 2023, and of the May 25, 2023 deadline for the parties' joint letter. Given our recent retention, and a pre-existing conflict on June 2, 2023, we respectfully request a brief adjournment of the June 2, 2023 Initial Pre-Trial Conference.

We propose the following alternative dates and respectfully request that the Conference be <u>virtual</u> (Plaintiff's counsel will be appearing virtually): **June 23, 2023; June 30, 2023; July 7, 2023; or July 28, 2023.**

As noted, Plaintiff's counsel previously requested one (1) adjournment of the Initial Pre-Trial Conference, on May 17, 2023. The Initial Pre-Trial Conference was originally scheduled for May 26, 2023, and the joint letter was originally due on May 18, 2023. Plaintiff requested an extension due to us not having appeared, given our recent retention.

Plaintiff's counsel is not opposed to the request, but has a trial set to begin June 12, 2023 so is not certain of his June and July schedule yet.

We greatly appreciate the Court's time and consideration.

Respectfully Submitted,

FURMAN KORNFELD & BRENNAN LLP

Andrew R. Jones

Westchester: 84 Business Park Drive, Suite 211, Armonk, NY 10504 | Tel: 914-920-4000 | Fax: 914-347-3898
Long Island: 666 Old Country Road, Garden City, NY 11530 | Tel: 718-983-3501

Application GRANTED in part.  The Initial Pre-Trial conference scheduled for Friday, June 2, 2023 at 10:00 A.M. is hereby adjourned until **Friday, June 30, 2023 at 10:00 A.M.**  The parties must submit a joint letter and proposed case management plan as set forth at Dkt. 8 not later than **Thursday, June 22, 2023**.

As explained in the Court's order at Dkt. 8, the parties must indicate in their joint letter whether they believe an Initial Pre-Trial Conference is necessary.  The Court ordinarily conducts all proceedings in person.  If the parties believe a conference is necessary, and if Defendants seek to appear remotely, they must provide a justification for their request as part of their joint letter.

SO ORDERED.

05/23/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE