USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
VIRGIN SCENT, INC., *doing business as* ARTNATURALS,

                              Plaintiff,

          -against-                      23-CV-2440 (VEC)

                                          ORDER

SANDLER AND TRAVIS, P.A., P.C. AND DOES 1–10,

                              Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 25, 2023, Virgin Scent Inc.'s counsel David Angeloff and Dylan Ruga, attorneys at Stalwart Law Group, moved to withdraw as counsel, *see* Dkts. 35-37;

WHEREAS on December 8, 2023, the Court granted that motion and attorneys Angeloff and Ruga were terminated as counsel for Virgin Scent, *see* Dkt. 52; and

WHEREAS on December 29, 2023, the parties filed a stipulation of dismissal with prejudice signed by Angeloff and Ruga as attorneys for Virgin Scent, *see* Dkt. 53;

IT IS HEREBY ORDERED that, by no later, **Friday, January 12, 2024**, Virgin Scent must file via ECF some proof that, for the purposes of dismissal, Plaintiff wishes Stalwart Law Group to continue to represent it.

**SO ORDERED.**

Date: January 2, 2024
New York, New York

                                                        **VALERIE CAPRONI**
                                                        United States District Judge